Mutual National Bank of Chicago, as Trustee under its Trust No. 308, Appellee, v. Harvey Winkelman et al., Defendants Below, Appellees.
Appeal of Carl J. Carlson, Defendant Below, Appellant.

Gen. No. 46,755.   (Abstract of Decision.)

First District, Second Division.

April 3, 1956.

Released for publication April 24, 1956.

Owen N. Price, and Edward J. Metzdorf, for Carl J. Carlson, defendant-appellant; no appearance and no brief filed for appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.